No. 89–1220. IN RE VAN SANT;
No. 89–6731. IN RE FELDMAN; and
No. 89–6874. IN RE FELDMAN. Petitions for writs of mandamus denied.

No. 89–1149. GROGAN ET AL. *v.* GARNER. C. A. 8th Cir. Certiorari granted.

No. 88–1564. JUDGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7446. FORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–1082. JONES HIRSCH CONNORS & BULL *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–1172. GOLDHOFER FAHRZEUGWERK GMBH & Co. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–1201. TOLLEFSON *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 89–1242. ABORTION RIGHTS MOBILIZATION, INC., ET AL. *v.* UNITED STATES CATHOLIC CONFERENCE ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1255. NATIONAL SMALL SHIPMENTS TRAFFIC CONFERENCE, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1265. CAPOZZI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–1275. O'GRADY ET VIR *v.* OBERHAND ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–1316. BEHAGEN *v.* USA BASKETBALL ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1324. GANNETT CO., INC. *v.* DELAWARE ET AL. Sup. Ct. Del. Certiorari denied.